# Exhibit 1

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002111243 / 2018-03-11

Application Title: Chinoiserie.

Title:              Chinoiserie.

Description:        Electronic file (eService)

Copyright Claimant:
                    New Ravenna Acquisition, LLC.

Date of Creation:   2013

Date of Publication:
                    2014-04-29

Nation of First Publication:
                    United States

Authorship on Application:
                    New Ravenna Acquisition, LLC, employer for hire; Domicile:
                       United States. Authorship: 2-D artwork.

Rights and Permissions:
                    William Rueger Poynter, Kaleo Legal, 4456 Corporation Lane,
                       Ste 135, Virginia Beach, VA, 23462, United States, (757)
                       238-6383, wpoynter@kaleolegal.com

Names:              New Ravenna Acquisition, LLC

================================================================================
```

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-111-244**

**Effective Date of Registration:**
March 11, 2018

## Title

Title of Work: Chinoiserie

## Completion/Publication

Year of Completion: 2013
Date of 1st Publication: April 29, 2014
Nation of 1st Publication: United States

## Author

- Author: New Ravenna Acquisition, LLC
  Author Created: 2-D artwork
  Work made for hire: Yes
  Domiciled in: United States

## Copyright Claimant

Copyright Claimant: New Ravenna Acquisition, LLC
PO Box 1000, 3268 Broad Street, Exmore, VA, 23350, United States

## Rights and Permissions

Organization Name: Kaleo Legal
Name: William Rueger Poynter
Email: wpoynter@kaleolegal.com
Telephone: (757)238-6383
Address: 4456 Corporation Lane
Ste 135
Virginia Beach, VA 23462 United States

## Certification

Page 1 of 2

**Name:** Richard Walters, CEO, New Ravenna Acquisition, LLC
**Date:** March 11, 2018

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002111246 / 2018-03-11

Application Title: Chinoiserie.

Title:             Chinoiserie.

Description:       Electronic file (eService)

Copyright Claimant:
                   New Ravenna Acquisition, LLC.

Date of Creation:  2013

Date of Publication:
                   2014-04-29

Nation of First Publication:
                   United States

Authorship on Application:
                   New Ravenna Acquisition, LLC, employer for hire; Domicile:
                      United States. Authorship: 2-D artwork.

Rights and Permissions:
                   William Rueger Poynter, Kaleo Legal, 4456 Corporation Lane,
                      Ste 135, Virginia Beach, VA, 23462, United States, (757)
                      238-6383, wpoynter@kaleolegal.com

Names:             New Ravenna Acquisition, LLC

================================================================================
```