# Exhibit 2

                **Registration #:**  VA0002164004
           **Service Request #:**  1-7890543241



Kaleo Legal
William Rueger Poynter
4456 Corporation LN,
Ste 135
Virginia Beach, VA 23462 United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director



**Registration Number**

**VA 2-164-004**

**Effective Date of Registration:**
July 18, 2019

---

## Title

**Title of Work:** Reina

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** April 29, 2013
**Nation of 1st Publication:** United States

## Author

- **Author:** Paul Schatz
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** United States
  **Year Born:** 1946

## Copyright Claimant

**Copyright Claimant:** New Ravenna, LLC
PO Box 1000, 3268 Broad Street, Exmore, VA, 23350, United States
**Transfer statement:** By written agreement

## Rights and Permissions

**Organization Name:** Kaleo Legal
**Email:** wpoynter@kaleolegal.com
**Telephone:** (757)238-6383
**Alt. Telephone:** (757)679-3503
**Address:** 4456 Corporation LN
Ste 135
Virginia Beach, VA 23462 United States

## Certification