# Exhibit 3

```
Type of Work:       Visual Material

Registration Number / Date:
                    VA0002085265 / 2017-04-19

Application Title: Avila.

Title:              Avila.

Description:        Electronic file (eService)

Copyright Claimant:
                    New Ravenna, Inc.

Date of Creation:   2013

Date of Publication:
                    2013-08-21

Nation of First Publication:
                    United States

Authorship on Application:
                    New Ravenna, Inc., employer for hire; Domicile: United
                       States. Authorship: 2-D artwork.

Rights and Permissions:
                    William Rueger Poynter, Kaleo Legal, 4456 Corporation Lane,
                       Suite 135, Virginia Beach, VA, 23462, United States,
                       (757) 238-6383, wpoynter@kaleolegal.com

Names:              New Ravenna, Inc.

================================================================================
```