# Exhibit 4

```
Type of Work:      Visual Material

Registration Number / Date:
                   VA0002318549 / 2022-09-14

Application Title: Stratum.

Title:             Stratum.

Description:       Electronic file (eService)

Copyright Claimant:
                   New Ravenna, LLC.

Date of Creation:  2022

Date of Publication:
                   2022-04-14

Nation of First Publication:
                   United States

Authorship on Application:
                   New Ravenna, LLC, employer for hire; Domicile: United
                      States. Authorship: 2-D artwork.

Rights and Permissions:
                   William Poynter, Kaleo Legal, 4456 Corporation Ln, Ste 135,
                      Virginia Beach, VA, 23462, United States, (757)
                      679-3503, wpoynter@kaleolegal.com

Names:             New Ravenna, LLC

================================================================================
```