# Exhibit 8



<div style="text-align: right">

William R. Poynter, Esq.
757-238-6383
wpoynter@kaleolegal.com

</div>

January 16, 2018

**VIA OVERNIGHT MAIL**

MOZAICO
1591 Lighthouse Drive
Naperville, Illinois, 60565

**Re: Willful Trademark and Copyright Infringement**

Dear Sir:

This firm represents New Ravenna Mosaics, which is America's premier designer and manufacturer of stone and glass mosaic tiles for both residential and commercial installations. New Ravenna Mosaics are sold through nearly 200 exclusive designer showrooms across the country and internationally, and the company provides design services along with on-site supervision of installations. New Ravenna Mosaics have been featured in national architectural and interior design magazines and are found in homes, restaurants, hotels, casinos and businesses around the world.

New Ravenna is the exclusive owner of all copyrights and other intellectual property rights in the mosaic tile designs and marks that appear on the New Ravenna website at www.newravenna.com ("New Ravenna Designs"). As a result of New Ravenna's exclusive and widespread advertising, use and promotion over more than twenty years, the New Ravenna Designs are widely recognized by consumers as a designation of New Ravenna's goods and services, and New Ravenna has developed extensive goodwill in its New Ravenna Designs.

New Ravenna has previously informed you of your infringement of several of its copyrighted designs, by letter dated May 12, 2015, which was returned signed and acknowledged by your company (a copy of which is enclosed as Exhibit B). Unfortunately, it has again come to our attention that you are offering a multitude of mosaic tile designs that are identical and/or substantially similar to many of the New Ravenna Designs. Attached hereto as Exhibity A is a complete list of those designs together with the online locations where each can be found.

Because you do not have permission from New Ravenna, your use of the New Ravenna Designs set forth on Exhibit A constitutes copyright infringement under The Copyright Act, 17 USC § 101 et al., and potentially trade dress infringement and unfair competition under the Lanham Act, 15 USC § 1125, as well. As a result of this conduct, New Ravenna is entitled to preliminary and permanent injunctive relief against your continued use of the New Ravenna Designs, in addition to recovering its damages and costs. What is more, because of the nature of the infringement, and the fact that Mozaico is now a serial and willful infringer of so many New Ravenna Designs, New Ravenna will be entitled to recover trebled damages and attorney fees in any lawsuit to enforce its rights.

---

January 16, 2018
Mozaico
Page 2


   We therefore demand that you immediately cease all uses of the New Ravenna Designs, and any other New Ravenna designs or intellectual property, within seven days of receipt of this letter, and confirm in writing that you have done so, including the removal of all references to New Ravenna or its designs from all advertising, promotional materials, in store displays, and websites. We also demand that you confirm your agreement in writing never to use the New Ravenna Designs, trade dress, trademarks, or other intellectual property by signing below.  If we do not receive written confirmation within seven days, we will advise our client to pursue all legal remedies available to it.

   New Ravenna appreciates your respect for its intellectual property.  Please contact me as soon as possible to discuss resolution of this matter.  I look forward to hearing from you.

               Very truly yours,

               William R. Poynter


SEEN AND AGREED:

_____
Mozaico


cc: New Ravenna Mosaics
   William P. Dickinson, III, Esq.

---

**4456 Corporation Lane, Suite 135 · Virginia Beach, VA 23462 · www.kaleolegal.com**

January 16, 2018
Mozaico
Page 3

EXHIBIT A

Products found at the following locations:
Mosaico website: www.mozaico.com
Mosaico Instagram: www.instagram.com/mozaico

| MOSAICO | NEW RAVENNA | PRODUCT INFO |
|---|---|---|
| | | Mozaico: <br> Blue Bird in Petal <br> MP026 <br> Web: <br> https://www.mozaico.com/collections/birds-and-butterflies/products/mosaics-designs_birds-and-butterflies_mosaic-tile-art-blue-bird-in-petal_mp026 <br> Instagram: <br> 1. https://www.instagram.com/p/BR_h0wjgvaK/?taken-by=mozaico <br> 2. https://www.instagram.com/p/BAgu5dwA6jX/?taken-by=mozaico <br> 3. https://www.instagram.com/p/kq7aOag6g9/?taken-by=mozaico <br> 4. https://www.instagram.com/p/Bc_qEMxFhpH/?taken-by=mozaico |
| | | New Ravenna: Chinoiserie <br> http://newravenna.photoshelter.com/image/I0000jvhiQHeqhj0 |
| | | Mozaico: <br> Birds and Florals <br> GA019 <br> https://www.mozaico.com/collectio |

**4456 Corporation Lane, Suite 135 ∙ Virginia Beach, VA 23462  ∙  www.kaleolegal.com**

January 16, 2018
Mozaico
Page 4



| | | |
|---|---|---|
| | | ns/birds-and-butterflies/products/mosaics-designs_birds-and-butterflies_mosaic-designs-birds-and-florals_ga019 |
| | | New Ravenna: Chinoiserie http://newravenna.photoshelter.com/image/I0000h3awkG5NZ9E |
| | | Mozaico: Zilij Geometric Flower MP199 Web: https://www.mozaico.com/collections/patterns/products/mosaics-designs_patterns_zillij-geometric-flower-patterns-mosaic-stone-art_mp199 Instagram: https://www.instagram.com/p/Bc5ZhDSFXjL/?taken-by=mozaico |
| | | New Ravenna: Granada http://newravenna.photoshelter.com/image/I0000pgce3G3VET8 |
| | | Mozaico: Patterned Floral Mosaic Design MG316 Web: https://www.mozaico.com/collections/patterns/products/mosaics-designs_patterns_patterned-floral- |

January 16, 2018
Mozaico
Page 5



| | | |
|---|---|---|
| | | design-on-marble-mosaic-tile-art_mg316<br>Instagram:<br>https://www.instagram.com/p/BY_ZbuxFUDk/?taken-by=mozaico |
| | | New Ravenna: Marabel<br>http://newravenna.photoshelter.com/image/I0000iMpiLC2gjlQ |
| | | Mozaico:<br>Stone Mosaic Design – Catch the Wave<br>MSA314<br>Web:<br>https://www.mozaico.com/collections/patterns/products/mosaics-designs_patterns_stone-mosaic-design-catch-the-wave_msa314<br>Instagram:<br>https://www.instagram.com/p/BbcrRsfI9cS/?taken-by=mozaico |
| | | New Ravenna: Mirage<br>http://newravenna.photoshelter.com/image/I0000HGnqcVO43Mk |
| | | Mozaico:<br>Peacock Feather Micro Mosaic<br>M1008<br>https://www.mozaico.com/collections/others/products/mosaics-designs_others_peacock-feather- |

| | | |
|---|---|---|
|  |  | micro-mosaic-stone-artwork-mural_mi008<br><br>New Ravenna: Peacock<br>http://newravenna.photoshelter.com/image/I0000kPbQ_5RPn4I |
|  |  | Mozaico:<br>Flower Mosaic Square – Nalia MG326<br>Web:<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_flower-mosaic-square-nalia_mg326<br>Instagram:<br>1. https://www.instagram.com/p/BQlu9FpASQu/?taken-by=mozaico<br>2. https://www.instagram.com/p/yY-r5hg6pe/?taken-by=mozaico<br><br>New Ravenna: Aurelia<br>http://newravenna.photoshelter.com/image/I00003GEoUX0LrKA |
| | | Mozaico:<br>Mosaic Designs – Moonchild MG341<br>Web:<br>https://www.mozaico.com/collectio |



January 16, 2018
Mozaico
Page 7



| | | |
|---|---|---|
| | | ns/geometric/products/mosaics-designs_geometric_mosaic-designs-moonchild_mg341<br>Instagram:<br>https://www.instagram.com/p/BPAv2aklTBT/?taken-by=mozaico |
| | | New Ravenna: Perrault<br>http://newravenna.photoshelter.com/image/I0000bf7Gmm2zE6M |
| | | Mozaico:<br>Abstract Mosaic Art – Roman Floral<br>MP189<br>https://www.mozaico.com/collections/patterns/products/mosaics-designs_flowers-and-trees_abstract-mosaic-art-roman-floral_mp189 |
| | | New Ravenna: Climbing Vine<br>http://newravenna.photoshelter.com/image/I0000wvQlrxc93Do |
| | | Mozaico: Dragonflies<br>MB045<br>https://www.mozaico.com/collections/borders/products/mosaics-designs_borders_mosaic-patterns-dragonflies_mb045 |
| | | New Ravenna: Dragonflies border<br>http://newravenna.photoshelter.com/image/I0000woB9x.q2xJQ |
| | | Mozaico: Mosaic Designs – Bottles Pattern<br>MP028<br>https://www.mozaico.com/collections/patterns/products/mosaics-designs_patterns_mosaic-designs-bottles-pattern_mp028 |

January 16, 2018
Mozaico
Page 8



| | | |
|---|---|---|
| (bottles mosaic) | (bottles mosaic) | New Ravenna: Bottles<br>http://newravenna.photoshelter.com/image/I0000Ln56lldfu9g |
| (paisley mosaic) | (paisley mosaic) | Mozaico:<br>MG324<br>https://www.mozaico.com/collections/patterns/products/mosaics-designs_patterns_paisley-floral-mosaic_mg324 |
| | | New Ravenna: Paisley Vine<br>http://newravenna.photoshelter.com/image/I0000asoOF0XUzQQ |
| | | Mozaico: Mosaic Designs: Black Iznik<br>MP201<br>https://www.mozaico.com/collections/geometric/products/mosaics- |

January 16, 2018
Mozaico
Page 9



| | | |
|---|---|---|
| | | designs_geometric_mosaic-designs-black-iznik_mp201 |
| | | New Ravenna: Ann Sacks Beau Monde Montgomery http://newravenna.photoshelter.com/image/I0000.OCeEliwwgM |
| | | Mozaico: White Iznik MP200 https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_mosaic-designs-white-iznik_mp200 |
| | | New Ravenna: Ann Sacks Beau Monde Coco http://newravenna.photoshelter.com/image/I0000oO82QFArCJQ |
| | | Mozaico: Mosaic Pattern: Bright Amaryllis MF459 https://www.mozaico.com/collections/flowers-and-trees/products/mosaics- |

January 16, 2018
Mozaico
Page 10



| | | |
|---|---|---|
| | | designs_flowers-and-trees_mosaic-pattern-bright-amaryllis_mf459 |
| | | New Ravenna: Tamsin http://newravenna.photoshelter.com/image/I0000ycovrzWrSqo |
| | | Mozaico: Moroccan Floral Pattern Petal Design MP030 https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_moroccan-floral-pattern-petal-mosaic-design_mp030 |
| | | New Ravenna: Reina http://newravenna.photoshelter.com/image/I00006CP6xEVWb10 |
| | | Mozaico: Pietra Dura Mosaic Wallpaper Modern Floral Pattern MP024 https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_pietra-dura-mosaic-wallpaper-modern-floral-pattern_mp024 |
| | | New Ravenna: Avila http://newravenna.photoshelter.com/image/I0000odjdy_dveH4 |

**4456 Corporation Lane, Suite 135 · Virginia Beach, VA 23462 · www.kaleolegal.com**

January 16, 2018
Mozaico
Page 11



| | | |
|---|---|---|
| | | Mozaico: Waves Petal Mosaic Design<br>MP023<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_waves-petal-mosaic-design_mp023 |
| | | New Ravenna: Oasis<br>http://newravenna.photoshelter.com/image/I0000h2SEaqqtf8Q |
| | | Mozaico: Floral Mosaic Black and White Wallpaper<br>MP027<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_floral-mosaic-black-and-white-wallpaper_mp027 |
| | | New Ravenna: Tamara<br>http://newravenna.photoshelter.com/image/I0000eRwIynM12cw |
| | | Mozaico: Geometric Mosaic Pattern – Orlandia<br>MG360<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_geometric-mosaic-pattern-orlandia_mg360 |

January 16, 2018
Mozaico
Page 12



| | | |
|---|---|---|
| | | New Ravenna: Luxor<br>http://newravenna.photoshelter.com/image/I0000woBpOhcF4yo |
| | | Mozaico: Mosaic Square Accent – Florencia<br>MP215<br>https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_mosaic-square-accent-florencia_mp215 |
| | | New Ravenna: Talya Rumi<br>http://newravenna.photoshelter.com/image/I00006vyxkZXHPLg |
| | | Mozaico: Floral Pattern Petal Tile Mural<br>MP029<br>Web: https://www.mozaico.com/collections/geometric/products/mosaics-designs_geometric_floral-pattern-petal-tile-mural_mp029<br>Instagram: https://www.instagram.com/p/pJMILNg6qb/?taken-by=mozaico |

January 16, 2018
Mozaico
Page 13



| | | |
|---|---|---|
| (Mozaico flower tile) | (New Ravenna flower tile) | New Ravenna: Edie<br>http://newravenna.photoshelter.com/image/I0000COl1XDhLma8 |
| (Mozaico utensils tile) | (New Ravenna utensils tile) | Mozaico: unnamed<br>Instagram:<br>https://www.instagram.com/p/mDP59eg6ik/?taken-by=mozaico |
| | | New Ravenna: Forks, Knives, Spoons<br>http://newravenna.photoshelter.com/image/I0000Vy.L3WUzC.8 |

# EXHIBIT B

 KALEOLEGAL

| William R Poynter | Tina Bingham | Brian Wainger |
|---|---|---|
| Office 757.238.6383 | Office 757.963.7261 | Office 757.965.6804 |
| Fax 757.304.6175 | Fax 757.304.6175 | Fax 757.304.6175 |
| wpoynter@kaleolegal.com | tbingham@kaleolegal.com | bwainger@kaleolegal.com |

May 12, 2015

**VIA OVERNIGHT MAIL**

**MOZAICO**
1591 Lighthouse Drive
Naperville, Illinois, 60565

Re: Trademark and Copyright Infringement

Dear Sir:

This firm represents New Ravenna Mosaics, which is America's premier designer and manufacturer of stone and glass mosaic tiles for both residential and commercial installations. New Ravenna Mosaics are sold through nearly 200 exclusive designer showrooms across the country and internationally, and the company provides design services along with on-site supervision of installations. New Ravenna Mosaics have been featured in national architectural and interior design magazines and are found in homes, restaurants, hotels, casinos and businesses around the world.

New Ravenna is the exclusive owner of all copyrights and other intellectual property rights in the mosaic tile designs and marks that appear on the New Ravenna website at www.newravenna.com ("New Ravenna Designs"). As a result of New Ravenna's exclusive and widespread advertising, use and promotion over more than twenty years, the New Ravenna Designs are widely recognized by consumers as a designation of New Ravenna's goods and services, and New Ravenna has developed extensive goodwill in its New Ravenna Designs.

It has come to our attention that you are offering mosaic tile designs that are identical and/or substantially similar to many of the New Ravenna Designs. Below is a complete list of those designs with the New Ravenna Design name on the left and your reference number on the right:

| Design | Reference |
|---|---|
| Climbing Vine | MP 189 |
| Climbing Vine | MP 189A |
| Climbing Vine | MP 189B |
| Waterworks Parramore Ringlet | MG288 |
| Waterworks Parramore Razmatazz | MG287 |
| Oasis | MP023 |
| Paul Schatz Avila | MP024 |
| Erin Adams Forks,Knives,Spoons | MP025 |
| Tamara | MP027 |
| Erin Adams Bottles | MP028 |
| Edie | MP029 |

May 12, 2015
Mozaico
Page 2

| | |
|---|---|
| Paul Schatz Reina | MP030 |
| Waterworks Parramore Oval Overlay | MSA305 |
| Waterworks Parramore Razmatazz | MSA308 |
| Paisley Vine | MG324 |

Because you do not have permission from New Ravenna, your use of the New Ravenna Designs constitutes copyright infringement under The Copyright Act, 17 USC § 101 et al., and potentially trade dress infringement and unfair competition under the Lanham Act, 15 USC § 1125, as well. As a result of this conduct, New Ravenna is entitled to preliminary and permanent injunctive relief against your continued use of the New Ravenna Designs, in addition to recovering its damages and costs, and potentially trebled damages and attorney fees.

    We therefore demand that you immediately cease all uses of the New Ravenna Designs, and any other New Ravenna designs or intellectual property, within seven days of receipt of this letter, and confirm in writing that you have done so, including the removal of all references to New Ravenna or its designs from all advertising, promotional materials, in store displays, and websites. We also demand that you confirm your agreement in writing never to use the New Ravenna Designs, trade dress, trademarks, or other intellectual property by signing below. If we do not receive written confirmation within seven days, we will advise our client to pursue all legal remedies available to it.

    New Ravenna appreciates your respect for its intellectual property. Please contact me as soon as possible to discuss resolution of this matter. I look forward to hearing from you.

Very truly yours,

William R. Poynter

SEEN AND AGREED:

Mozaico

cc: New Ravenna Mosaics
    Brian A. Wainger, Esq.
    Tina P. Bingham, Esq.