# Exhibit 10

## MOZAICO VERSION



LINK:

https://www.instagram.com/mozaico/
https://www.instagram.com/p/CfUCK7hMU_k/