# Exhibit 11

MOZAICO VERSION



LINK:

https://www.instagram.com/mozaico/
https://www.instagram.com/p/Cfg7UZcNQiA/