# Exhibit 12

https://www.houzz.com/products/mosaic-tile-art-blue-bird-in-petal-35x35-prvw-vr~147722469




https://www.houzz.com/products/mosaic-designs-birds-and-florals-35x53-prvw-vr~105763758



Mosaic Designs, Birds And Florals, 35"x53"
By Mozaico

$1,214 + FREE Shipping

Est. Delivery: Oct. 15 - Nov. 8 (to 23350)

4 Sizes: 53" x 35"

Qty: 1      Add to Cart

Trade Tools
Create Tear Sheet
Request Bulk Pricing

Source this product in our pro-only experience.
See mark-up potential and quickly connect with your trade account