# Exhibit 13

https://www.houzz.com/products/pietra-dura-mosaic-wallpaper-modern-floral-pattern-24x24-prvw-vr~105738018



https://www.houzz.com/products/mosaic-pattern-cacao-sienna-36x36-prvw-vr~105472532



https://www.houzz.com/products/moroccan-floral-pattern-petal-mosaic-design-24x24-prvw-vr~105735368

