IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| NEW RAVENNA, LLC, <br> *Plaintiff,* <br><br> v. <br><br> MOZAICO, INC., <br> *Defendant.* | Case No. 2:22-cv-465 |

**PLAINTIFF NEW RAVENNA, LLC'S FINANCIAL
INTEREST DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 7.1**

Pursuant to Local Rule 7.1 of the Eastern District of Virginia and to enable Judges and Magistrate Judges to evaluate possible disqualifications or recusal, the undersigned counsel for Plaintiff New Ravenna, LLC ("New Ravenna") in the above captioned action, certifies that there are no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Additionally, No publicly held corporation owns 10% or more of the stock of New Ravenna.

Respectfully Submitted,

NEW RAVENNA, LLC.

*By Counsel*

\_\_/s/_____
Ryan V.P. Dougherty (VSB No. 78444)
William R. Poynter (VSB No. 48672)

                 KALEO LEGAL
                 4456 Corporation Lane
                 Suite 135
                 Virginia Beach, Virginia 23462
                 Tele: (757) 238-6383
                 Fax: (757) 304-6175
                 wpoynter@kaleolegal.com
                 rdougherty@kaleolegal.com