UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

New Ravenna, LLC,

     Plaintiff,

     v.                        Civil Action No. 2:22cv465

Mozaico, Inc.,

     Defendant.

<u>SHOW CAUSE ORDER</u>

It appears to the Court that the complaint has not been served within 90 days of the filing of the complaint. Accordingly, it is hereby

ORDERED that within twenty (20) days, the plaintiff show cause, if any, why this civil action should not be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk is directed to forward a copy of this Order to counsel of record.

Entered this 2nd day of February, 2023.

*Arenda L. Wright Allen*
Arenda L. Wright Allen, U.S. District Judge